1  Thomas Foley, Esq. (SBN 65812)
   Robert A. Curtis, Esq. (SBN 203870)
2  Justin P. Karczag, Esq. (SBN 223764)
   **FOLEY, BEZEK, BEHLE & CURTIS,**
3  **LLP**
   15 W. Carrillo Street
4  Santa Barbara, CA 93101
   Telephone: (805) 962-9495
5  Facsimile: (805) 962-0722
   tfoley@foleybezek.com
6  rcurtis@foleybezek.com
   jkarczag@foleybezek.com
7

   Richard E. Donahoo, Esq. (SBN 186957)
   Sarah L. Kokonas, Esq. (SBN 262875)
   **DONAHOO & ASSOCIATES**
   440 West First Street, Suite 101
   Tustin, CA 92780
   Telephone:(714) 953-1010
   Facsimile: (714) 953-1777
   rdonahoo@donahoo.com
   skokonas@donahoo.com

8  John A. Stillman, Esq. (SBN 43731)
   Heidi Stilb Lewis, Esq. (SBN 98046)
9  **GOOD, WILDMAN, HEGNESS &**
   **WALLEY**
10 5000 Campus Drive
   Newport Beach, California 92660
11 Telephone: (949) 955-1100
   Facsimile: (949) 833-0633
12 jstillman@goodwildman.com
   hlewis@goodwildman.com
13

14 *Attorneys for Cantor Plaintiffs and all others similarly situated*

15         **IN THE UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17 *IN RE DLG RELATED CASES* | ) **CASE NO.  2:13-cv-07139-R-** |
| _____ | ) **RZ** |
| 18 | )  (Removed from Superior Court |
| THIS PLEADING RELATES TO THE | ) of California, County of Los |
| 19 CONSOLIDATED CASES OF: | ) Angeles, Lead Case No. |
| 20 LAWRENCE J. CANTOR, et al., | ) BC446497; BC456651 |
| | ) Consolidated with BC446497) |
| 21            Plaintiffs, | ) **PLAINTIFFS'** |
| | ) **RESUBMISSION OF** |
| 22      vs. | ) **EXHIBT S TO THE** |
| 23 | ) **DECLARATION OF** |
| METLIFE, INC., et al., | ) **AARON L. ARNDT FILED** |
| 24            Defendants. | ) **IN SUPPORT OF** |
| 25 _____ | ) **PLAINTIFFS' MOTION** |
| | ) **FOR REMAND** |
| 26 AND CONSOLIDATED CASE | ) **Date:       December 2, 2013** |
| 27 | ) **Time:       10:00 a.m.** |
| 28 _____ | ) **Courtroom:       8** |

Plaintiffs' Resubmission of Exh. S to Arndt Decl. filed in Support of                    1
Plaintiffs' Motion for Remand
Case No.: 2:13-cv-07139-R-RZ

1    **TO THE COURT AND TO ALL PARTIES OF RECORD:**

2    **PLAINTIFFS** herewith resubmit Exhibit S to the Declaration of Aaron L.

3    Arndt, which was filed in support of their Motion for Order Remanding Matter to

4    State Court. Mr. Arndt's complete declaration with exhibits P-W was uploaded to

5    the Court's CM/ECF system on October 28, 2013, as Docket entry 40. Exhibit S to

6    Mr. Arndt's declaration was among the exhibits filed within Docket entry 40-3.

7    However, due to a technical problem during the upload process, Exhibit S appears

8    on the PACER Docket as a blank page instead of the attached document. Yvette of

9    the Court's the CM/ECF Help Desk confirmed on October 29, 2013 that the page

10   was blank on the Docket.

11

12   Dated: October 29, 2013          **FOLEY BEZEK BEHLE & CURTIS, LLP**
                                       **GOOD WILDMAN HEGNESS & WALLEY**
13                                     **DONAHOO & ASSOCIATES**

14

15
                                       By: _/s/Thomas G. Foley, Jr._____
16                                     Thomas G. Foley, Jr.
                                       Attorneys for Plaintiffs
17

18

19

20

21

22

23

24

25

26

27

28