# EXHIBIT S

# EXHIBIT S